Jeff R. Keohane (SBN 190201)
2108 N St, Ste N
Sacramento, CA, 95816
707-596-6920
jeff@keohanelaw.com

Attorney for Defendant Rohnert Park Chamber of Commerce,
appearing for the limited purpose of filing the Motion for
Administrative Relief to Extend Time to Respond to the Complaint

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA STEELE, <br><br> Plaintiff, <br><br> vs. <br><br> ROHNERT PARK CHAMBER OF COMMERCE, <br><br> Defendant | Case No.: 2:26-cv-01713-DJC-SCR <br><br> ORDER GRANTING DEFENDANT ROHNERT PARK CHAMBER OF COMMERCE'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO COMPLAINT |

Having considered Defendant Rohnert Park Chamber of Commerce's Motion for Administrative Relief to Extend Time to Respond to the Complaint, and good cause appearing, the Motion is GRANTED.

Defendant Rohnert Park Chamber of Commerce's deadline to respond to the Complaint is extended by twenty-eight days, to and including July 1, 2026.

IT IS SO ORDERED.

Dated:  June 9, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT ROHNERT PARK CHAMBER OF COMMERCE'S MOTION FOR
ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO COMPLAINT
- 1 -