# UNITED STATES DISTRICT COURT

**EASTERN**    District of    **CALIFORNIA**

ANISSA STEELE
                    Plaintiff (s),

V.

ROHNERT PARK CHAMBER OF
        COMMERCE
                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    2:26-CV-01713-DJC-SCR

Notice is hereby given that, subject to approval by the court,    Rohnert Park Chamber of Commerce    substitute
                                                                              (Party (s) Name)

George J. Keller, Esq.    , State Bar No.    121728    as counsel of record in place

place of    Jeff R. Keohane, Esq.                                                                          .
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        O'BRIEN WATTERS & DAVIS, LLP

Address:          1550 Airport Blvd., Suite 201, Santa Rosa, CA 95403

Telephone:        707-545-7010                    Facsimile  707-544-2861

E-Mail (Optional):    gkeller@obrienlaw.com

I consent to the above substitution.

Date:    6/23/26

I consent to being substituted.

Date:    June 23, 2026

I consent to the above substitution.

Date:    June 23, 2026

Rohnert Park Chamber of Commerce

_____
(Signature of Party (s))

Jeff R. Keohane, Esq.
_____
(Signature of Former Attorney (s))

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    6/26/2026

/s/ Daniel J. Calabretta
_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**